1  BRANDON J. SWEENEY, Bar No. 278532
   bsweeney@thesweeneylawfirm.com
2  THE SWEENEY LAW FIRM
   15233 Ventura Boulevard, Suite 500
3  Sherman Oaks, CA  91403
   Telephone:   323.486.2508
4  Facsimile:   747.610.2600

5  Attorneys for Plaintiff
   DAVID WAYNE

6  
7  BARBARA A. BLACKBURN, Bar No. 253731
   bblackburn@littler.com
8  NATHANIEL H. JENKINS, Bar No. 312067
   njenkins@littler.com
   LITTLER MENDELSON, P.C.
9  500 Capitol Mall, Suite 2000
   Sacramento, CA  95814
10 Telephone:  916.830.7200
   Fax No.:    916.561.0828

11 
12 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.

15                        UNITED STATES DISTRICT COURT

16                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1 TO 50, Inclusive,<br><br>Defendants | Case No.  2:19-cv-00669-JAM-CKD<br><br>*ASSIGNED TO DISTRICT JUDGE JOHN A. MENDEZ*<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Trial Date:  February 22, 2021<br>Complaint Filed:  March 11, 2019 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

JOINT STIPULATION TO MODIFY
PRETRIAL SCHEDULING ORDER;
[PROPOSED] ORDER

CASE NO.  2:19-CV-00669-JAM-CKD

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff DAVID WAYNE ("Plaintiff") and Defendant UNITED PARCEL SERVICE, INC. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and [Proposed] Order:

WHEREAS, Plaintiff filed this action against Defendant on March 19, 2019, in the Superior Court of California, County of Sacramento, as *Wayne v. United Parcel Service,, Inc..*, No. 34-2019-00252218 (the "State Court Action").

WHEREAS, Defendant removed the State Court Action to this Court on April 19, 2019. (Docket No. 1.)

WHEREAS, the Parties filed a Joint Status Report on June 18, 2019. (Docket No. 6.)

WHEREAS, on June 19, 2019, the Court issued a Status (Pre-trial Scheduling) Order setting forth pretrial and trial dates for this action, including the following schedule, which is currently in place:

**July 8, 2020:** Last Day to make expert witness disclosures;

**July 22, 2020**: Last day for any party who previously disclosed expert witnesses to submit a supplemental list of rebuttal expert witnesses;

**September 25, 2020:** Last day for the Parties to complete discovery;

**October 27, 2020:** Last day to file all dispositive motions;

**November 24, 2020:** Last day for dispositive motions to be heard;

**January 15, 2021:** Final Pretrial Conference;

**February 22, 2021:** Trial.

(Docket No. 7.)

WHEREAS, on July 15, 2020, Defendant began taking Plaintiff's deposition by video conference (due to COVID-19 restrictions), but due to technological difficulties, was not able to complete the deposition on that date. Moreover, during the deposition, Plaintiff testified that he was still in the possession of relevant documents that he had not yet produced to Defendant in this matter (namely, journal/diary entries related to his claims against Defendant that are responsive to Defendant's prior written discovery requests). Accordingly, Defendant rescheduled Plaintiff's

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

JOINT STIPULATION TO MODIFY
PRETRIAL SCHEDULING ORDER;
[PROPOSED] ORDER                    2.           CASE NO.  2:19-CV-00669-JAM-CKD

deposition so that Plaintiff could produce said documents. On September 9, 2020, Defendant again proceeded to take Plaintiff's deposition by video conference. However, Plaintiff failed to produce relevant and responsive documents prior to this deposition. Counsel for both Parties agreed to further reschedule Plaintiff's deposition for a third day, so that Plaintiff could have additional time to produce relevant and responsive documents prior to Defendant concluding Plaintiff's deposition.

WHERAS, counsel for the Parties further met and conferred regarding the status of the matter, including discovery and upcoming deadlines. During that conference the Parties determined that their respective clients would be prejudiced if the current schedule in this matter were not modified. Without extension of the current pretrial and trial dates, the Parties will be unable to complete sufficient discovery (including completing Plaintiff's deposition), effectively prepare for a Settlement Conference, file dispositive motions, or otherwise prepare for trial. Accordingly, the Parties request, in order to avoid prejudice to the Parties and to avoid the waste of judicial resources, that the Court modify the Pretrial Scheduling Order.

WHEREAS the Parties have conferred and stipulate and agree that the Pretrial Scheduling Order should be modified to reflect the following requested dates:

**January 6, 2021:** Last Day to make expert witness disclosures;

**January 20, 2021**: Last day for any party who previously disclosed expert witnesses to submit a supplemental list of rebuttal expert witnesses;

**March 26, 2021:** Last day for the Parties to complete discovery;

**May 4, 2021:** Last day to file all dispositive motions;

**June 1, 2021:** Last day for dispositive motions to be heard at 1:30 p.m.;

**July 16, 2021:** Final Pretrial Conference at 11:00 a.m.;

**August 23, 2021:** Trial at 9:00 a.m.

WHEREAS the Parties now present to the Court for approval their Joint Stipulation to Modify Pretrial Scheduling Order.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER     3.     CASE NO. 2:19-CV-00669-JAM-CKD

SO STIPULATED.

Dated: September 22, 2020

*/s/ Brandon J. Sweeney (as authorized on 9/22/20)*
BRANDON J. SWEENEY
THE SWEENEY LAW FIRM
Attorneys for Plaintiff
DAVID WAYNE

Dated: September 21, 2020

*/s/ Nathaniel H. Jenkins*
BARBARA A. BLACKBURN
NATHANIEL H. JENKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

## **ORDER (AS MODIFIED BY THE COURT)**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 23, 2020    /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER    4.    CASE NO. 2:19-CV-00669-JAM-CKD